KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
Assisted By: Paul Whitfield and Korman Kim
Certified Law Students

Attorney for Plaintiff
ROBERT CRAIG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAIG, | NO. CIV S-02-2361 DFL GGH P |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |
| vs. | *Fed. R. Civ. Pro. 41(a)(1); Local Rule 83-143* |
| TOM CAREY, Warden, et al. | |
| Defendants. | |

On this day came on to be considered the parties' stipulation of dismissal of Warden Tom Carey, Dr. Alfredo Noriega, Dr. Daniel Thor, Dr. Kenneth Low, Kelly Ping, R.N., and Dr. Thomas Lacy as defendants in the above entitled action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and E.D. Cal. Local Rule 83-143, and the Court, having reviewed the stipulation, does hereby

ORDER, that the plaintiff's action against Defendants Carey, Noriega, Thor, Low, Ping, and Lacy is hereby dismissed.

Dated: 4/22/05

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

crai2361.ord04